IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK THOMAS,<br><br>           Plaintiff,<br><br>      vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant.<br>_____ / | CASE NO. CV F 12-0893 LJO GSA<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 13.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   January 28, 2013**      /s/  Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE